**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:

DAVID VO                              Chapter 13

                      Debtor                 Bankruptcy No. 13-10328-MDC
                                                       Date: 9/12/2013
                                                       Time: 09:30 AM
                                                       Courtroom: #Courtroom #5
                                                        900 Market St,
                                                        Philadelphia PA 19107

**CHAPTER 13 STANDING TRUSTEE'S MOTION FOR DISMISSAL**

    **AND NOW** comes, William C. Miller, Esquire, Chapter 13 standing trustee, and requests that the above-captioned bankruptcy case be dismissed for the following reason(s):

There has been unreasonable delay by debtor(s) that is prejudicial to creditors pursuant to 11 U.S.C. Section 1307 (c)(1), by the failure of debtor(s) to provide business information sufficient for the trustee to evaluate the financial condition of debtor(s) and/or the plan.

Debtor(s) has/have failed to provide evidence of business insurance coverage as directed at the meeting of creditors held under 11 U.S.C. Section 341(a), or thereafter.
Debtor(s) has/have failed to provide evidence of business licensing as directed at the meeting of creditors held under 11 U.S.C. Section 341(a), or thereafter.
There has been unreasonable delay by debtor(s) that is prejudicial to creditors pursuant to 11 U.S.C. Section 1307 (c)(1).

    The hearing scheduled by the filing of this motion may be adjourned from time to time without further notice to interested parties by announcement of such adjournment in Court on the date scheduled for the hearing.

    **WHEREFORE**, William C. Miller, Esquire, Chapter 13 standing trustee, respectfully requests that Court, after a hearing, enter an Order in the form annexed hereto, dismissing this bankruptcy case.

                                                                         Respectfully submitted,

                                                                         /s/ William C. Miller

                                                                         _____
                                                                         William C. Miller, Esquire
                                                                         Chapter 13 Standing Trustee
                                                                         P.O. Box 40119
                                                                         Philadelphia, PA 19106
                                                                         Telephone: (215)627-1377